The People of the State of New York *ex rel.* J. J. Fitzpatrick, Appellant, v. The Board of Supervisors of Clinton County, Respondent.— Order affirmed, with ten dollars costs and printing disbursements.